1  SEYFARTH SHAW LLP
   Peter E. Romo, Jr. (SBN 38925)
2  E-mail: promo@seyfarth.com
   Andrea K. Anapolsky (SBN 238297)
3  E-mail: aanapolsky@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Plaintiff/Cross-Defendant
   PROTECTIVE LIFE INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 | PROTECTIVE LIFE INSURANCE            ) Case No. 2:11-CV-00773-JAM-EFB
11 | COMPANY,                             )
                                          ) **ORDER RE: DISCHARGE AND**
12 |              Plaintiff,              ) **AWARD OF COSTS AND**
                                          ) **ATTORNEYS' FEES TO PLAINTIFF**
13 |       vs.                            ) **PROTECTIVE LIFE INSURANCE**
                                          ) **COMPANY**
14 | ARIC MILES CARLSON, an individual;   )
   | RICHARD SVEN CARLSON, an individual, )
15 | and DANIELLE WETZEL, an individual,  )
                                          )
16 |              Defendants.             )
   |_____)
17 | DANIELLE WETZEL, an individual       )
                                          )
18 |              Cross-Claimant,         )
                                          )
19 |       vs.                            )
                                          )
20 | ARIC MILES CARLSON, an individual;   )
   | RICHARD SVEN CARLSON, an individual, )
21 | KIM BOUSSON, an individual,          )
   | DAVID SIKES, an individual,          )
22 | ELENA KEATING, an individual,        )
   | ANITA BRUSH, an individual,          )
23 | PROTECTIVE LIFE INSURANCE            )
   | COMPANY, and DOES 1 through 50,      )
24 | inclusive,                           )
                                          )
25 |              Cross-Defendants.       )

26 //

27 //

28

[Proposed] Order Regarding Discharge and Award Costs and Attorneys' Fees/
Case No. 2:11-CV-00773-JAM-EFB

13453627v.2

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered the Stipulation to Discharge and Award of Costs and Attorneys' Fees, attached hereto as <u>Exhibit A</u>, in the above-captioned matter, as well as all the records and files herein, and good cause appearing therefore,

**HEREBY ORDERS**:

1. Protective Life Insurance Company ("Protective") is hereby discharged from any and all liability on or arising out of:

    (a) life insurance policy no. FK3387616 (the "Policy") issued by Chase Insurance Life Company; and

    (b) the rights and obligations of the parties to this action with respect to any and all proceeds under the Policy;

2. The Policy is void and of no further force and effect;

3. From the money that was deposited by Protective with the Clerk of this Court, Protective is awarded $5,142.50, which reflects all costs and reasonable attorney fees incurred in bringing and maintaining the present action; and

4. Defendants Aric Miles Carlson, Richard Sven Carlson and Danielle Wetzel are permanently enjoined from instituting or prosecuting any other actions against Protective regarding the Policy.

DATED: 8/3/2011

/s/ John A. Mendez
The Honorable John A. Mendez
U.S. District Court Judge

13453627v.2

PDF created with pdfFactory trial version www.pdffactory.com