| | |
|---|---|
| 1 | Kathryn A. Schofield, Esq.  (SBN 202939) |
| 2 | Gizzi & Reep, LLP |
|   | 940 Adams Street, Ste A |
| 3 | Benicia, CA 94510-2950 |
|   | Phone: 707-748-0900 |
| 4 | Fax: 707-748-0921 |
| 5 | Attorneys for Cross-Defendants |
|   | ARIC MILES CARLSON, RICHARD SVEN CARLSON |
| 6 | DAVID SIKES, KIM BOUSSON and ANITA BRUSH |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY; | Case No., 2:11-CV-00773-JAM-EFB |
| Plaintiff, | |
| vs. | |
| ARIC MILES CARLSON, an individual; RICHARD SVEN CARLSON, an individual, and DANIELLE WETZEL, an individual, | **ORDER GRANTING MOTIONS TO DISMISS** |
| Defendants. | |
| | Date:     August 3, 2011 |
| DANIELLE WETZEL, an individual, | Time:     9:30 a.m. |
| | Judge:    Hon. John A. Mendez |
| Cross-Claimant, | Room:    6 |
| vs. | |
| ARIC MILES CARLSON, an individual, RICHARD SVEN CARLSON, an individual, KIM BOUSSON, an individual, DAVID SIKES, an individual, ELENA KEATING, an individual, ANITA BRUSH, an individual, PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Cross-Defendants | |
| ARIC MILES CARLSON, an individual, RICHARD SVEN CARLSON, an individual, KIM BOUSSON, an individual, DAVID SIKES, an individual and ANITA BRUSH, an individual | |
| Cross-Claimants, | |
| vs. | |
| DANIELLE WETZEL, an individual, and DOES 1 through 50, inclusive. | |
| Cross-Defendant. | |

[PROPOSED] ORDER
CASE NO.  2:11-CV-00773-JAM-EFB

1

PDF created with pdfFactory trial version www.pdffactory.com

The matter came on for hearing on August 3, 2011, on (1) Cross-Defendant Elena Keating's F.R.C.P. 12(b)(6) Motion to Dismiss Ms. Wetzel's Cross-Complaint, (2) Aric Carlson, Richard Carlson, Kim Bousson, Anita Brush and David Sikes' F.R.C.P. 12(b) Motion to Dismiss Ms. Wetzel's Cross-Complaint and Sanctions against Danielle Wetzel pursuant to 28 U.S.C. § 1927, and Danielle Wetzel's Ex Parte Application by Danielle Wetzel for Court Order to Deposit Interpleaded Funds in Solano County Superior Court. Christopher P. Sanchez of the firm Hanson Bridget LLP appeared for Elena Keating and argued in support of the motions to dismiss and sanctions. Kathryn A. Schofield of the firm Gizzi & Reep LLP appeared for Aric Carlson, Richard Carlson, Kim Bousson, Anita Brush and David Sikes in support of the motions to dismiss and sanctions, and in opposition to Ms. Wetzel's *Ex Parte* Application. Keith J. Staten of the Law Office of Keith J. Staten & Associates appeared for Danielle Wetzel and argued in opposition to the motions to dismiss and sanctions and in support of Ms. Wetzel's *ex parte* Application. The Court has read the papers submitted in support of and in opposition to the motions to dismiss and *ex parte* application, and considered the arguments of counsel and the authorities cited to the Court.

The Court has concluded that Ms. Wetzel's Cross-Complaint does not and cannot be amended to state a claim on which relief may be granted on the grounds, *inter alia,* that Ms. Wetzel does not have standing to bring any of the claims asserted. The Court has further concluded that Counsel for Ms. Wetzel multiplied the proceedings in this case unreasonably by opposing the motions to dismiss when it was clear that Ms. Wetzel did not have standing and by failing to stipulate to Protective Life Insurance's discharge from the interpleader action at an earlier date.

IT IS SO ORDERED THAT:

1. Cross-Defendant Elena Keating's F.R.C.P. 12(b)(6) Motion to Dismiss Ms. Wetzel's Cross-Complaint is GRANTED without leave to amend;
2. Cross-Defendants Aric Carlson, Richard Carlson, Kim Bousson, Anita Brush and David Sikes' F.R.C.P. 12(b) Motion to Dismiss Ms. Wetzel's Cross-Complaint is GRANTED without leave to amend;

PDF created with pdfFactory trial version www.pdffactory.com

3. Having discharged Protective Life Insurance Company from this matter, Cross-Defendants Aric Carlson, Richard Carlson, Kim Bousson, Anita Brush and David Sikes' claim for Declaratory Relief is remanded to Solano County Superior Court because the claim lacks subject matter jurisdiction;

4. Cross-Defendants Aric Carlson, Richard Carlson, Kim Bousson, Anita Brush, David Sikes, and Elena Keating are awarded sanctions pursuant to 28 U.S.C. § 1927 and the inherent powers of this Court, in an amount to be determined;

5. After the payment of Protective Life Insurance Company's fees as set forth in this Court's August 3, 2011 order and sanctions as determined by this Court, the remaining interpleaded funds shall be deposited in an interest-bearing escrow account in a qualified, FDIC insured, financial institution pending the outcome of litigation in case number FCS038298. The parties shall determine the financial institution.

Dated:  8/9/2011                                          /s/ John A. Mendez
                                                          Hon. John A. Mendez
                                                          U.S. District Court Judge


Approved as to form:


Dated: August 5, 2011                      THE LAW OFFICE OF KEITH J. STATEN AND ASSOCIATES


                                           /s/_____
                                           Keith J. Staten, Esq.
                                           Attorney for Danielle Wetzel

Dated: August 5, 2011                      HANSON BRIDGETT LLP


                                           /s/_____
                                           Christopher P. Sanchez, Esq.
                                           Attorney for Elena Keating

PDF created with pdfFactory trial version www.pdffactory.com