1  Stephen Gizzi, Esq. (SBN 227574)
2  Suzanne Foley Sprague, Esq. (SBN 213078)
   Gizzi & Reep, LLP
3  940 Adams Street, Ste A
   Benicia, CA 94510-2950
4  Phone: 707-748-0900
   Fax: 707-748-0921
5
   Attorneys for Cross-Defendants
6
   ARIC MILES CARLSON, RICHARD SVEN CARLSON
7  DAVID SIKES, KIM BOUSSON and ANITA BRUSH
8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA

10 PROTECTIVE LIFE INSURANCE COMPANY;          Case No., 2:11-CV-00773-JAM-EFB
11        Plaintiff,
12    vs.
13 ARIC MILES CARLSON, an individual;          STIPULATION AND ORDER TO
   RICHARD SVEN CARLSON, an individual; and    DISBURSE FUNDS
14 DANIELLE WETZEL, an individual;
15        Defendants.
16
   AND RELATED CROSS-COMPLAINTS
17

18        WHEREAS all other conditions of the Settlement Agreement executed by the parties to this
19 action have been met, including payment in full of all fees to Plaintiff PROTECTIVE LIFE
20 INSURANCE COMPANY as set forth below, and Pursuant to this Court's MINUTE ORDER
21 entered on August 8, 2011 regarding sanctions, and its August 9, 2011 ORDER GRANTING
22 MOTIONS TO DISMISS, and interpleaded funds having been deposited into an interest-bearing
23 escrow account in a qualified, FDIC insured financial institution out of which Plaintiff
24 PROTECTIVE LIFE INSURANCE COMPANY has been paid fees in the sum of $5,142,50.00,
25 **IT IS SO ORDERED THAT:**
26
27
28
                                                        ORDER TO DISBURSE FUNDS
                                                        CASE NO: 2:11-CV-00773-JAM-EFB
                                                                                        1

1. The balance of remaining interpleaded funds, not including accrued interest, and after payment of $5,142.50.00 to Plaintiff PROTECTIVE LIFE INSURANCE COMPANY, is $494,857.50.
2. The $494,857.50 in remaining interpleaded funds plus all accrued interest is to be divided between Defendants/Cross-Defendants/Cross-Claimants ARIC MILES CARLSON, RICHARD SVEN CARLSON DAVID SIKES, KIM BOUSSON and ANITA BRUSH, by and through their attorneys, GIZZI & REEP, LLP, and Defendant/Cross-Claimant/Cross-Defendant DANIELLE WETZEL by and through her attorneys Keith J. Staten and KJS & ASSOCIATES as follows:
   a. 85% of the total sum of the remaining balance of $494,857.50 plus the proportionate share of all accrued interest is to be made payable to "GIZZI & REEP, LLP IOLTA TRUST ACCOUNT," and mailed to Gizzi & Reep, LLP, 940 Adams Street, Suite A, Benicia, CA 94510;
   b. 15% of the total sum of the remaining $494,857.50 plus the proportionate share of all accrued interest is to be made payable to "TRUST ACCOUNT FOR KEITH J. STATEN & ASSOCIATES," and mailed to Law Office of Keith J. Staten & Associates, 1023 H Street, Suite A, Sacramento, CA 95814.

**IT IS SO ORDERED**

Dated: September 27, 2011

Hon. John A. Mendez
U.S. District Court Judge

1
2  **APPROVED AS TO FORM:**
3
4  Dated: September 23, 2011        THE LAW OFFICE OF KEITH J. STATEN &
5                                   ASSOCIATES
6
7                                   _____
                                    Keith J. Staten, Esq.
8                                   Attorney for DANIELLE WETZEL
9
10
11 Dated: September 26, 2011        GIZZI & REEP, LLP
12
13                                  _____
                                    Stephen Gizzi, Esq.
14                                  Attorneys for ARIC MILES CARLSON, RICHARD
                                    SVEN CARLSON, DAVID SIKES, KIM
15                                  BOUSSON and ANITA BRUSH
16
17
18
19
20
21
22
23
24
25
26
27
28